JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Tremere Smith

### DEFENDANTS

Michael Dziura (see attached for additional defendants)

**(b)** County of Residence of First Listed Plaintiff   Bucks County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Burlington County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Haggerty, Goldberg, Schliefer & Kupersmith, PC
92 Buck Road, Holland, PA 18966; (215) 354-9100

Attorneys *(If Known)*

German, Gallagher & Murtagh
200 S. Broad St., Ste. 500, Phila, PA 19102 (215)545-7700

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☒ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | | Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
March 30, 2022

SIGNATURE OF ATTORNEY OF RECORD
*Matthew McColgan*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Miller Auto Leasing Co.
Burlington County, State of New Jersey

Miller Transportation  Group a/k/a
And/or d/b/a Miller Truck Leasing
Burlington County, State of New Jersey

Exel Inc. d/b/a DHL Supply Chain
Franklin County, State of Ohio

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 705 Winder Drive, Bristol, PA 19007 _____

Address of Defendant: _____ 360 Westar Boulevard, Westerville, OH  43082 _____

Place of Accident, Incident or Transaction: _____ Bristol Township, PA _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 03/30/2022    *(must sign here)*    319484

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
      *(Please specify):* _____

**B.**   *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☒ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
      *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   *Sign here if applicable* _____   _____

*Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TREMERE SMITH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.** |
| | : | |
| **MICHAEL DZIURA, et al.** | | |

<u>**NOTICE OF REMOVAL**</u>

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Exel, Inc. d/b/a DHL Supply Chain ("Removing Defendant") hereby files this Notice of Removal to remove this case from Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania. The grounds for removal are as follows:

<u>**INTRODUCTION**</u>

1.     The instant lawsuit arises from a motor vehicle accident which is alleged to have occurred on March 10, 2020 at or about the intersection of Bristol Pike and Edgely Road in Levittown, PA.

2.     On or about February 17, 2022, Plaintiff filed his civil action Complaint with the Philadelphia County Court of Common Pleas, docketed as case number 220201908.

3.     Plaintiff's Complaint is not specific with regard to his sought-after monetary relief, indicating only that he demands judgment "in an amount in excess of Fifty Thousand Dollars ($50,000.00) in damages."

4.     Service has been effectuated upon Removing Defendant on February 28, 2022 at Removing Defendant's headquarters of 360 Westar Boulevard, Westerville, Ohio 43082.

5.      Pursuant to 28 U.S.C. § 1446(a), the following are attached:

- Plaintiff's Complaint, docketed as case number 220201908, attached hereto as Exhibit "A";

- New Jersey Department of Treasury, Division of Revenue and Enterprise record of Defendant, Miller Auto Leasing, Co., attached as Exhibit "B";

- Pennsylvania Department State search result for "Miller Transportation Group", attached as Exhibit "C";

- United States Department of Transportation search result for "Miller Truck Leasing", attached as Exhibit "D.";

- United States Department of Transportation search result for "Miller Auto Leasing Co.", attached as Exhibit "E"; and,

- Email correspondence with Plaintiff's counsel regarding the amount in controversy exceeding $75,000, attached as Exhibit "F."

## NOTICE OF REMOVAL IS TIMELY

6.      State-court actions that originally could have been filed in federal court may be removed to federal court. *Caterpillar, Inc., v. Williams*, 482 U.S. 386, 392, 107 S.Ct. 2425, 96 L.Ed.2d 318 (1987) (citing 28 U.S.C. § 1441).

7.      Section 1441 provides in relevant part:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, maybe removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. § 1441 (a).

8.      A notice of removal must be filed within thirty (30) days after the receipt by the defendant of a copy of the initial pleading setting forth a claim for relief upon which such action or proceeding is based." *Id.* § 1446 (b).

9.      If the case is initially not removable, however, a notice of removal may be filed within thirty (30) days "after receipt by the defendant, through service or otherwise, of a copy of

an amended pleading, motion, order *or other paper* from which it may first be ascertained that the case is one which is or has become removable." *Id.* (emphasis added); *see also, Bishop v. Sam's E., Inc.*, CIV.A. 08-4550, 2009 WL 1795316, at *1 (E.D. Pa. June 23, 2009).

10.     Defendants file this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint. *See* Exh. A.

11.     No previous petition for removal has been made with respect to the Complaint.

## THE VENUE REQUIREMENT IS MET

12.     The venue of this removal to the United States District Court for the Eastern District of Pennsylvania is proper under 28 U.S.C. § 1441(a) because the Philadelphia County Court of Common Pleas, where the action is currently pending, is within the Eastern District of Pennsylvania.

## DIVERSITY JURISDICTION EXISTS

13.     This lawsuit is an action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one that may be removed to this Court under the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

14.     Pursuant to 28 U.S.C. § 1332(a), the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a).

15.     Diversity of citizenship must have existed at the time the complaint was filed, and at the time of removal. *Johnson v. Smithkline Beecham Corp.*, 724 F.3d 337, 346 (3d Cir. 2013) (*citing Abels v. State Farm Fire & Cas. Co.*, 770 F.2d 26, 29 (3d Cir. 1985)).

16.     Pursuant to 28 U.S.C. § 1441(b), lawsuits that do not arise under federal law are removable "if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought". 28 U.S.C. § 1441(b).

17.     Plaintiff alleges that he is a citizen and resident of the Commonwealth of Pennsylvania. *See* Exh. "A" at ¶ 1.

18.     Removing Defendant is a corporation incorporated under the laws of the Commonwealth of Massachusetts with its principal place of business located at 360 Westar Boulevard, Westerville, Ohio 43082 and, therefore, Defendant is deemed to be a citizen of the Commonwealth of Massachusetts and the State of Ohio.

19.     Co-defendant, Michael Dziura is alleged to reside at 28317 Schoolhouse Road, Columbus, New Jersey 08022 and, therefore, is deemed to be a citizen of Ohio. *See* Exh. A.

20.     Co-defendant, Miller Auto Leasing, Co. is alleged to have a principal place of business at 1824 Route 38, Lumberton, NJ 08048. *Id.*

21.      According to the State of New Jersey Department of Treasury Division of Revenue and Enterprise, Defendant, Miller Auto Leasing, Co. is a domestic for-profit corporation with a registered agent and office of Lumberton, New Jersey. *See* Exh. B.

22.     While Defendant, Miller Transportation Group a/k/a and/or d/b/a Miller Truck Leasing is alleged to be a Pennsylvania company, this allegation is false.

23.     For instance, the Pennsylvania Department of State has no record of "Miller Transportation Group". *See* Exh. C.

24.     On the contrary, according to the United States Department of Transportation, "Miller Truck Leasing" is located in Lumberton, New Jersey. *See* Exh. D.

25.     Moreover, according to the United States Department of Transportation, "Miller Truck Leasing" is a "dba name" of Miller Auto Leasing Co. *See* Exh. E.

26.     Therefore, none of the named defendants are citizens of the Commonwealth of Pennsylvania, the state in which Plaintiff resides.

27.     None of the named defendants are citizens of the Commonwealth of Pennsylvania, the state in which this action was initiated.

28.     Complete diversity of citizenship exists between Plaintiff and Defendants.

29.     Diversity of citizenship has existed between Plaintiff and Defendants at the time this action was initiated by the filing of the Complaint and at the time of the filing the herein Notice of Removal.

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS MET

30.     Pursuant to 28 U.S.C. § 1332(a), the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

31.     Where the complaint states that the plaintiff seeks an unspecified amount of damages, district courts have employed different standards of proof when evaluating whether the amount in controversy requirement is met. *Penn v. Wal-Mart Stores, Inc.*, 116 F. Supp. 2d 557, 561-67 (D.N.J. 2000).

32.     Regardless of the standard of proof employed, the amount in controversy requirement is met in this case.

33.     A broad interpretation of § 1446 (b)'s use of "other paper" is consistent with the statute's purpose to "commence the running of the thirty day period once the defendant receives actual notice that the case has become removable, which may be communicated in a formal or

informal manner." *Broderick v. Dellasandro*, 859 F.Supp. 176, 178-80 (E.D.Pa.1994) (citations omitted); *see also* 14A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 3732 at 310 (3d ed. 1998) (noting that "the requisite notice may be communicated in either a formal or informal manner").

34.     Courts have further held that correspondence between counsel can constitute "other paper," *see Efford v. Mila*m, 368 F.Supp.2d 380 (E.D.Pa. 2005) (letter from plaintiffs' attorney to defendants' attorney); *Broderick*, 859 F.Supp. at 176 (same); *Rahwar v. Nootz*, 863 F.Supp. 191, 192 (D.N.J. 1994) (same); *Hessler v. Armstrong World Indus.*, 684 F.Supp. 393, 394 (D.Del. 1988) (same).

35.     Here, Plaintiff's Complaint seeks an unspecified amount of compensatory damages in this action, which arises from a motor vehicle accident that allegedly caused Plaintiff to sustain injuries and damages. *See* Exh. A.

36.     On March 23, 2022, Plaintiff's counsel indicated that the amount in controversy "far exceeds $75,000." *See* Exh. F.

37.     Specifically, Plaintiff's counsel indicated no objection to this matter being removed.

38.     Defendants, therefore, aver that subject matter jurisdiction exists in this Honorable Court pursuant to 28 U.S.C. §1332(a)(1) because the parties are diverse and the amount in controversy requirement is met.

39.     This civil action is one that may be removed to this Honorable Court based on diversity of citizenship pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because (a) this action is a civil action pending within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania; (b) Plaintiff is a citizen of a state different from the named Defendants;

6

(c) No defendant is a citizen of the Commonwealth of Pennsylvania; and (d) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

     40.     Defendant desires to and does remove the action reflected in the attached exhibits from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

     41.     A copy of this Notice of Removal is being filed with the Philadelphia County Court of Common Pleas.

     **WHEREFORE**, Defendant, Exel, Inc. d/b/a DHL Supply Chain. respectfully request that the civil action reflected in the exhibits attached hereto, which is captioned as *Tremere Smith vs. Michael Dziura, et al.* docketed as case number 220201908, currently pending in the Philadelphia County Court of Common Pleas, be removed to this Honorable Court pursuant to the laws of the United States as cited herein.

Respectfully submitted,

**GERMAN, GALLAGHER & MURTAGH**

Dated: March 30, 2022       BY:

Matthew J. McColgan, Esquire
Identification No. 319484
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102
mccolganm@ggmfirm.com
*Attorneys for Removing Defendant,*
*Exel, Inc. d/b/a DHL Supply Chain and*
*Michael Dziura*

7

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certify that a true and correct copy of the within Notice of Removal of Defendants was served on the parties listed below on March 30, 2022 by e-mail and addressed as follows:

Michael B. Alexanian, Esquire
**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
92 Buck Road
Holland, PA 18966

**GERMAN, GALLAGHER & MURTAGH**

BY:

Matthew J. McColgan, Esquire
Identification No. 319484
The Bellevue, Suite 500
200 S. Broad Street
Philadelphia, PA 19102
mccolganm@ggmfirm.com
*Attorneys for Removing Defendant,*
*Exel, Inc. d/b/a DHL Supply Chain and*
*Michael Dziura*

Dated:  March 30, 2022

8

**EXHIBIT A**

**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
By: Michael B. Alexanian, Esquire
Attorney I.D. No.: 325557
92 Buck Road
Holland, PA 18966
215-354-9100
MAlexanian@hgsklawyers.com

Filed and Attested by the
Office of Judicial Records
17 FEB 2022 03:44 pm
S. RICE

Attorneys for Plaintiff

| | | |
|---|---|---|
| TREMERE SMITH | : | COURT OF COMMON PLEAS |
| 705 Winder Drive | : | PHILADELPHIA COUNTY |
| Bristol, PA 19007 | : | |
|     Plaintiff, | : | FEBRUARY TERM, 2022 |
| | : | |
|     vs. | : | |
| | : | |
| MICHAEL DZIURA | : | No.: |
| 28317 Schoolhouse Road | : | |
| Columbus, NJ 08022 | : | |
|     and | : | |
| MILLER AUTO LEASING CO. | : | |
| 1824 Route 38 | : | |
| Lumberton, NJ 08048 | : | |
|     and | : | |
| MILLER TRANSPORTATION GROUP a/k/a | : | MAJOR NON-JURY |
| and/or, d/b/a MILLER TRUCK LEASING | : | |
| 3200 S. 7th Street | : | |
| Philadelphia, PA 19148 | : | |
|     and | : | |
| EXEL INC d/b/a DHL SUPPLY CHAIN | : | |
| 360 Westar Boulevard | : | |
| Westerville, OH 43082 | : | |
|     Defendants. | : | |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against | Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrtia sus defenses o sus objeciones a las demandas |

you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notification.  Ademas, la corte puede decidir a favor del demandante y requiere que usted compla con todas las provisions de esta demanda.  Usted puede perder dinero o sus propiedades u ostros derechos importantes para usted.

LLEVE   ESTA   DEMANDA   A   UN ABOGADO IMMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE   CONSEGUIR   ASISTENCIA LEGAL.

Asociacion De Licenciados De Filadelfia
Servicio De Referencia E Informacion Legal
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

Case ID: 220201908

**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
By: Michael B. Alexanian, Esquire
Attorney I.D. No.: 325557
92 Buck Road
Holland, PA 18966
215-354-9100
<u>MAlexanian@hgsklawyers.com</u>                              Attorneys for Plaintiff

| | | |
|---|---|---|
| TREMERE SMITH | : | COURT OF COMMON PLEAS |
| 705 Winder Drive | : | PHILADELPHIA COUNTY |
| Bristol, PA 19007 | : | |
|      Plaintiff, | : | FEBRUARY TERM, 2022 |
| | : | |
|   vs. | : | |
| | : | |
| MICHAEL DZIURA | : | No.: |
| 28317 Schoolhouse Road | : | |
| Columbus, NJ 08022 | : | |
|    and | : | |
| MILLER AUTO LEASING CO. | : | |
| 1824 Route 38 | : | |
| Lumberton, NJ 08048 | : | |
|    and | : | |
| MILLER TRANSPORTATION GROUP a/k/a | : | MAJOR NON-JURY |
| and/or, d/b/a MILLER TRUCK LEASING | : | |
| 3200 S. 7th Street | : | |
| Philadelphia, PA 19148 | : | |
|    and | : | |
| EXEL INC d/b/a DHL SUPPLY CHAIN | : | |
| 360 Westar Boulevard | : | |
| Westerville, OH 43082 | : | |
|     Defendants. | : | |

**CIVIL ACTION**
**<u>MOTOR VEHICLE ACCIDENT</u>**

    1.    Plaintiff, TREMERE SMITH, is an adult individual who resides at 705 Winder Drive, Bristol, PA 19007.

    2.    Defendant, MICHAEL DZIURA, is an adult individual who, upon information and belief, resides at 28317 Schoolhouse Road, Columbus, NJ 08022.

    3.    Defendant, MILLER AUTO LEASING CO., upon information and belief, is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying to do business under the laws of the Commonwealth of Pennsylvania, with a registered office for the acceptance of service or a principal place of business at 1824 Route

Case ID: 220201908

38, Lumberton, NJ 08048.

    4.     Defendant, MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, upon information and belief, is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying to do business under the laws of the Commonwealth of Pennsylvania, with a registered office for the acceptance of service or a principal place of business at 3200 S. 7th Street, Philadelphia, PA 19148.

    5.     Defendant, EXEL INC d/b/a DHL SUPPLY CHAIN, upon information and belief, is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying to do business under the laws of the Commonwealth of Pennsylvania, with a registered office for the acceptance of service or a principal place of business at 360 Westar Boulevard, Westerville, OH 43082.

    6.     On March 10, 2020, at approximately 9:21 P.M., Plaintiff, TREMERE SMITH was operating his motor vehicle while traveling on US 13/Bristol Pike at/near Edgely Road, in Bristol Township, Pennsylvania, when suddenly and without warning, Defendant, MICHAEL DZIURA, negotiated a left turn onto Edgely Road, ultimately striking Plaintiffs' motor vehicle head-on.

    7.     Upon information and belief, at all times material to this Civil Action, defendant, MILLER AUTO LEASING CO., owned, maintained, operated, leased and/or possessed a vehicle being operated by its agent, representative, servant, workman and/or employee, Defendant, MICHAEL DZIURA, who operated the aforesaid motor vehicle with the consent and permission of Defendant, MILLER AUTO LEASING CO.

    8.     Upon information and belief, at all times material to this Civil Action, defendant, MILLER TRANSPORTATION GROUP, owned, maintained, operated, leased and/or possessed a vehicle being operated by its agent, representative, servant, workman and/or employee, Defendant, MICHAEL DZIURA, who operated the aforesaid motor vehicle with the consent and permission of Defendant, MILLER TRANSPORTATION GROUP.

    9.     Upon information and belief, at all times material to this Civil Action, defendant, EXEL INC d/b/a DHL SUPPLY CHAIN, owned, maintained, operated, leased and/or possessed a vehicle being operated by its agent, representative, servant, workman and/or employee, Defendant, MICHAEL DZIURA, who operated the aforesaid motor vehicle with the consent and permission of Defendant, EXEL INC d/b/a DHL SUPPLY CHAIN.

    10.    Venue is appropriate in Philadelphia County, as Defendant, MILLER

TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, at all times relevant herein, regularly conducts business within the City and County of Philadelphia, Pennsylvania by, inter alia owning and operating a retail store under the name "Miller Truck Leasing" within Philadelphia County and as such are subject to venue here pursuant to Pennsylvania Rule to Civil Procedure 2179.

11.     At all times material to this Civil Action, Defendant, MICHAEL DZIURA, was otherwise responsible for a White 2020 Freightliner, bearing license plate 2792646, registered in the State of Indiana.

12.     At all times material to this Civil Action, Defendant, MICHAEL DZIURA, controlled, operated, leased and/or possessed, Defendants, MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN'S vehicle, with the permission of the owner(s), Defendants, MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN.

13.     At all times material to this Civil Action, Defendant, MILLER AUTO LEASING CO, acted or failed to act through their agents, servants, workmen and/or employees, including, without limitation, Defendant, MICHAEL DZIURA, who were then and there acting with the consent of Defendant, MILLER AUTO LEASING CO.

14.     At all times material to this Civil Action, Defendant, MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, acted or failed to act through their agents, servants, workmen and/or employees, including, without limitation, Defendant, MICHAEL DZIURA, who were then and there acting with the consent of Defendant, MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING.

15.     At all times material to this Civil Action, Defendant, EXEL INC d/b/a DHL SUPPLY CHAIN, acted or failed to act through their agents, servants, workmen and/or employees, including, without limitation, Defendant, MICHAEL DZIURA, who were then and there acting with the consent of Defendant, EXEL INC d/b/a DHL SUPPLY CHAIN.

16.     At the aforesaid time and place, Defendant, MICHAEL DZIURA, acting as aforesaid, so negligently and carelessly operated the aforementioned vehicle so as to cause it to collide into the front of the vehicle being operated by Plaintiff, TREMERE SMITH, causing Plaintiff's injuries and other losses hereinafter more fully set forth.

Case ID: 220201908

## COUNT I
## <u>TREMERE SMITH vs. MICHAEL DZIURA</u>

17.     Plaintiff, TREMERE SMITH, hereby incorporates by reference all of the allegations contained in the preceding paragraphs as if they were set forth at length.

18.     The negligence and carelessness of Defendant, MICHAEL DZIURA, acting as aforesaid, consisted of the following:

(a)     Operating the vehicle at an excessive rate of speed under the circumstances;

(b)     Failing to keep assured clear distance between vehicles;

(c)     Failing to have the motor vehicle under proper and adequate control;

(d)     Careless operation of the motor vehicle;

(e)     Disregarding oncoming traffic prior to making a left-hand turn;

(f)     Failing to exercise due care and caution under the circumstances;

(g)     Failing to keep proper lookout for the other vehicles on the roadway;

(h)     Operating the motor vehicle without due regard for the rights and safety of Plaintiff, TREMERE SMITH;

(i)     Violations of the pertinent provisions of the Pennsylvania Vehicle Code, including but not limited to 75 PA.C.S. §3361, §3714; and

(j)     Negligence at law.

19.     As a result of the negligence and carelessness of Defendant, MICHAEL DZIURA, acting as aforesaid, Plaintiff, TREMERE SMITH, was caused to sustain severe injuries to his bones, joints, muscles, tendons, blood vessels and soft tissues throughout his entire body; he was caused to sustain injuries and/or aggravate pre-existing injuries of, but not limited to: scar to left leg, scar to chin resulting from a laceration requiring sutures, cervical and lumbar disc herniations along with an annular tear at L4-5, all of which said injuries have in the past and will in the future cause Plaintiff, TREMERE SMITH, great pain and suffering and are serious and permanent in nature.

20.     By reason of the aforesaid injuries, Plaintiff, TREMERE SMITH, has been and probably will in the future be obliged to expend large and various sums of money for medical treatment in an attempt to treat and cure himself of her aforesaid injuries.

21.     As a further result of this accident, Plaintiff, TREMERE SMITH, has been and will be obliged to receive and undergo medical attention and to expend various sums of money or incur

Case ID: 220201908

various expenses which have exceeded the sum recoverable under the limits in 75 Pa. C.S.A. Section 1711.

22.    Plaintiff, TREMERE SMITH, has lost the wages of his employment.  His earning capacity has been impaired.

23.    As a direct and proximate result of the foregoing, Plaintiff, TREMERE SMITH, has been prevented from pursuing his daily routines, duties and occupations and may be prevented from doing the same in the indefinite future, all to his great detriment and loss.

24.    As a further result of this accident, Plaintiff, TREMERE SMITH, has sustained property damage to his automobile and other economic losses.

**WHEREFORE**, Plaintiff, TREMERE SMITH, demands judgment against Defendant, MICHAEL DZIURA, individually and/or jointly and severally, in a sum in excess of Fifty Thousand Dollars ($50,000.00) in damages.

**COUNT II**
**TREMERE SMITH vs. MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN**

25.    Plaintiff, TREMERE SMITH, hereby incorporates by reference all of the allegations contained in the preceding paragraphs as if they were set forth at length.

26.    The negligence and carelessness of Defendants, MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN, acting as aforesaid, consisted of the following:

   (a)    Negligently entrusting the motor vehicle to its agents, representatives, servants, workmen and/or employees, including but not limited to, MICHAEL DZIURA, who they knew or should have known would not operate same in a safe and reasonable manner;

   (b)    Negligently hiring agents, representatives, servants, workmen and/or employees, including but not limited to, MICHAEL DZIURA, who they knew or should have known would not operate a motor vehicle in a safe and reasonable manner;

   (c)    Negligently training and supervising agents, representatives, servants, workmen and/or employees, including but not limited to, MICHAEL

Case ID: 220201908

DZIURA, who they knew or should have known would not operate a motor vehicle in a safe and reasonable manner;

(d)    Violations of the pertinent provisions of the Pennsylvania Vehicle Code; and

(e)    Negligence at law.

27.    As a result of the negligence and carelessness of the Defendants, MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN, acting as aforesaid, Plaintiff, TREMERE SMITH, was caused to sustain severe injuries to his bones, joints, muscles, tendons, blood vessels and soft tissues throughout his entire body; he was caused to sustain injuries and/or aggravate pre-existing injuries of, but not limited to: scar to left leg, scar to chin resulting from a laceration requiring sutures, cervical and lumbar disc herniations along with an annular tear at L4-5, all of which said injuries have in the past and will in the future cause Plaintiff, TREMERE SMITH, great pain and suffering and are serious and permanent in nature.

28.    By reason of the aforesaid injuries, Plaintiff, TREMERE SMITH, has been and probably will in the future be obliged to expend large and various sums of money for medical treatment in an attempt to treat and cure himself of his aforesaid injuries.

29.    As a further result of this accident, Plaintiff, TREMERE SMITH, has been and will be obliged to receive and undergo medical attention and to expend various sums of money or incur various expenses which have exceeded the sum recoverable under the limits in 75 Pa. C.S.A. Section 1711.

30.    Plaintiff, TREMERE SMITH, has lost the wages of his employment.  His earning capacity has been impaired.

31.    As a direct and proximate result of the foregoing, Plaintiff, TREMERE SMITH, has been prevented from pursuing his daily routines, duties and occupations and may be prevented from doing the same in the indefinite future, all to his great detriment and loss.

32.    As a further result of this accident, Plaintiff, TREMERE SMITH, has sustained property damage to his automobile and other economic losses.

**WHEREFORE**, Plaintiff, TREMERE SMITH, demands judgment against Defendants, MILLER AUTO LEASING CO., MILLER TRANSPORTATION GROUP, a/k/a and/or, d/b/a MILLER TRUCK LEASING, and/or EXEL INC d/b/a DHL SUPPLY CHAIN, individually and/or jointly and severally, in a sum in excess of Fifty Thousand Dollars ($50,000.00) in damages.

*Haggerty, Goldberg, Schleifer & Kupersmith, P.C.*

By: _____

MICHAEL B. ALEXANIAN

## VERIFICATION

I, Tremere Smith, do hereby verify that I am the Plaintiff in the foregoing action; that the attached Civil Action is based upon information which I have furnished to my counsel and information which has been gathered by my counsel in the preparation of the lawsuit. The language of the Civil Action is that of my counsel and is not mine. I have read the Civil Action and to the extent that the information therein is based upon information I have given counsel, it is true and correct to the best of my knowledge, information and belief. To the extent that the contents of the Civil Action are that of counsel, I have relied upon counsel in making this Verification. I understand that false statements made herein are made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
TREMERE SMITH

DATED: 2/17/2022

Case ID: 220201908

**EXHIBIT B**

**STATE OF NEW JERSEY**
**DEPARTMENT OF THE TREASURY**
**DIVISION OF REVENUE AND ENTERPRISE SERVICES**
**LONG FORM STANDING WITH OFFICERS AND DIRECTORS**

**MILLER AUTO LEASING CO.**
6076937500

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic For-Profit Corporation was registered by this office on November 09, 1967.

As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.

I further certify that the registered agent and office are:

CHARLES S MILLER
BOX  617
LUMBERTON, NJ 08048

I further certify that as of the date of this certificate, the following were listed as officers/directors of this business on the last Annual Report filed in this office on August 25, 2021.

PRESIDENT                      CHARLES MILLER

                               BOX 617  1596 RT 38

                               LUMBERTON, NJ 08048

VICE PRESIDENT                 MARK MILLER

                               BOX 617  1596 RT 38

                               LUMBERTON, NJ 08048

Continued on next page...

### STATE OF NEW JERSEY
### DEPARTMENT OF THE TREASURY
### DIVISION OF REVENUE AND ENTERPRISE SERVICES
### LONG FORM STANDING WITH OFFICERS AND DIRECTORS

### MILLER AUTO LEASING CO.
*6076937500*



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 22nd day of March, 2022*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 6129915993

Verify this certificate online at

https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

**EXHIBIT C**

Case 2:22-cv-01218-MSG   Document 1   Filed 03/30/22   Page 27 of 36

Corporations ▾        Search Business Entities (corpsearch.aspx)        Search UCC Transactions (uccsearch.aspx)        Forms ▾

Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx)                Login (https://hub.business.pa.gov/login)

Search entity  /  **Select entity**  /  Order documents

# Select Business Entity

Search Results for term *miller transportation group* type: *Starting with*

**No results found for search term**

<< Back to Search

**EXHIBIT D**



## *Possible Keyword Matches*

| *CARRIER/DBA NAME* | *LOCATION* |
|---|---|
| **MILLER TRUCK LEASING** | **LUMBERTON, NJ** |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/keywordx.asp?searchstring=%2AMILLER+TRUCK+LEASING%2A&SEARCHTYPE=                                    1/1

**EXHIBIT E**

○ USDOT Number   ○ MC/MX Number   ● Name

Enter Value: | MILLER TRUCK LEASING |

[ Search ]

*Company Snapshot*

**MILLER AUTO LEASING CO**
USDOT Number: 297242

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/21/2022.**

| | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **Operating Status:** | ACTIVE | **Out of Service Date:** | None |
| **Legal Name:** | MILLER AUTO LEASING CO | | |
| **DBA Name:** | MILLER TRUCK LEASING | | |
| **Physical Address:** | | | |
| **Phone:** | | | |
| **Mailing Address:** | | | |
| **USDOT Number:** | 297242 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | | **DUNS Number:** | 13-319-1007 |
| **Power Units:** | 530 | **Drivers:** | 108 |
| **MCS-150 Form Date:** | 03/16/2022 | **MCS-150 Mileage (Year):** | 7,144,200 (2021) |
| **Operation Classification:** | | | |

|  |  |  |  |
|---|---|---|---|
| | Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| | Exempt For Hire | | Local Gov't |
| | | Migrant | Indian Nation |
| X | Private(Property) | | |
| | Priv. Pass. | U.S. Mail | |

**Other Information for this Carrier**

▼ SMS Results
▼ Licensing & Insurance

|            | (Business) | Fed. Gov't |
|------------|------------|------------|

**Carrier Operation:**

|              |                        |                            |
|--------------|------------------------|----------------------------|
| X Interstate | Intrastate Only (HM)   | Intrastate Only (Non-HM)   |

**Cargo Carried:**

| General Freight | Liquids/Gases | Chemicals |
|---|---|---|
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | X LEASED/RENTED CM |

---

### [ID/Operations](#) | Inspections/Crashes In US | [Inspections/Crashes In Canada](#) | [Safety Rating](#)

**US Inspection results for 24 months prior to: 03/21/2022**

Total Inspections: 72
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to [Inspections Help](#) for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 44 | 72 | 0 | 0 |
| Out of Service | 3 | 4 | 0 | 0 |
| Out of Service % | 6.8% | 5.6% | % | 0% |
| Nat'l Average % as of DATE 02/25/2022* | 21.19% | 5.82% | 4.45% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

**Crashes reported to FMCSA by states for 24 months prior to: 03/21/2022**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | | Crashes: | | |
|---|---|---|---|---|
| **Type** | **Fatal** | **Injury** | **Tow** | **Total** |
| **Crashes** | 1 | 9 | 17 | 27 |

**ID/Operations** | **Inspections/Crashes In US** | Inspections/Crashes In Canada | **Safety Rating**

**Canadian Inspection results for 24 months prior to: 03/21/2022**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

| | Inspections: | |
|---|---|---|
| **Inspection Type** | **Vehicle** | **Driver** |
| **Inspections** | 0 | 0 |
| **Out of Service** | 0 | 0 |
| **Out of Service %** | 0% | 0% |

**Crashes results for 24 months prior to: 03/21/2022**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | | Crashes: | | |
|---|---|---|---|---|
| **Type** | **Fatal** | **Injury** | **Tow** | **Total** |
| **Crashes** | 0 | 0 | 0 | 0 |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

**The rating below is current as of: 03/21/2022**

**Review Information:**

| Rating Date: | 06/09/2010 | Review Date: | 02/07/2014 |
|---|---|---|---|
| Rating: | Satisfactory | Type: | Non-Ratable |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

**EXHIBIT F**

## Regina Cochrane

**From:** Michael Alexanian <MAlexanian@hgsklawyers.com>
**Sent:** Wednesday, March 23, 2022 1:50 PM
**To:** Matthew J. McColgan
**Cc:** Fran Bovio; Lori Newbert
**Subject:** RE: Tremere Smith v. Exel, et al.

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Hi Matt,

My client's injuries far surpass $75k. I have no problem with you removing it to federal court; even though, I would rather keep it in state court, Philadelphia County.

Would you be willing to accept service on behalf of defendant, Michael Dziura? We are having difficulty serving him – we just had to reinstate the Complaint again. Please advise.

Regards,



**Michael B. Alexanian, Esq.**
**HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.**
92 Buck Road          1801 Market Street, Suite 1100
Holland, PA 18966     Philadelphia, PA 19103
Phone: 215-354-9100 Ext. 306
Fax: 215-354-9125
www.hgsklawyers.com

**From:** Matthew J. McColgan <mccolganm@ggmfirm.com>
**Sent:** Wednesday, March 23, 2022 1:19 PM
**To:** Michael Alexanian <MAlexanian@hgsklawyers.com>
**Cc:** Fran Bovio <BovioF@ggmfirm.com>
**Subject:** RE: Tremere Smith v. Exel, et al.

Mike,

In looking through this file, it appears the PA Miller entity that has been named is a fictitious/incorrectly designated entity. Given that the actual parties are diverse, this matter appears removeable.

Are you willing to stipulate that the amount in controversy does _not_ exceed $75,000.00, to avoid removal?

Thanks,